UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ImageSails, LLC<br><br>Plaintiff,<br><br>v.<br><br>NORTH SAILS GROUP LLC<br><br>Defendants. | Case No: 3:24-cv-07155-RS<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

Having considered Defendant North Sails Group, LLC's Motion to Dismiss for Failure to State a Claim, this Court DENIES the motion.

IT IS SO ORDERED.

DATED: _____        _____

THE HON. RICHARD SEEBORG

United States District Judge