UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| IMAGESAILS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NORTH SAILS GROUP LLC,<br><br>Defendant. | Case No. 24-cv-07155-NW<br><br>**ORDER VACATING CLAIM CONSTRUCTION HEARING AND ORDERING SUPPLEMENTAL BRIEFING** |

The parties' briefing on claim construction is complete but deficient.  Therefore, the Court VACATES the claim construction hearing set for Monday, March 2 at 10:00 a.m.  The hearing will be re-set after an analysis of the parties' supplemental briefing described below.

The Court ORDERS the parties to each file a supplemental brief of no more than **5 pages** on the claim terms outlined below by **Thursday, March 12, 2026, at 5:00 p.m.**  The parties' briefing shall focus on the intrinsic evidence that supports their proposed claim construction. "Intrinsic evidence consists of the claim itself, the specification, and any prosecution history." *Zodiac Pool Care, Inc. v. Hoffinger Indus., Inc.*, 206 F.3d 1408, 1414 (Fed. Cir. 2000).  The parties' supplemental briefing shall not include citations to extrinsic evidence, including "expert testimony, inventor testimony, dictionaries, treatises, and prior art not cited in the prosecution history." *Id.*

The parties shall include the following terms in their supplemental briefing:

- "high-resolution"
- "exporting"
- "importing"
- "key lines"

Additionally, the supplemental briefing shall address only the parties' affirmative proposed constructions for the above claim terms, not any indefiniteness arguments or rebuttal. Supplemental briefing shall be submitted only by Plaintiff ImageSails, LLC and Defendant North Sails Group LLC. The Court does not require supplemental briefing in the related case captioned at *ImageSails, LLC v. Precision Sails*, Case No. 25-cv-00193-NW.

If, in lieu of submitting supplemental briefing, the parties wish to withdraw any disputed claim terms, they shall file a stipulation by **Friday, March 6, 2026, at 5 p.m.** The stipulation shall include whether the claim term is either dropped or subject to an agreed-upon construction. If the latter, and the parties agree to a construction for any of the claim terms above, they shall include the proposed agreed-upon construction.

**IT IS SO ORDERED.**

Dated: February 27, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2