UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMAGESAILS, LLC,

         Plaintiff,

    v.

NORTH SAILS GROUP LLC,

         Defendant.

Case No. 24-cv-07155-NW

**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: ECF No. 119

The Court has reviewed Defendant North Sails Group, LLC's ("Defendant") motion for leave to file a motion for reconsideration of the Order denying its motion for summary judgment. ECF No. 119.

Defendant's motion for leave is DENIED.  Defendant has failed to demonstrate that "a material difference in fact or law exists from that which was presented to the Court" before the Court's entry of the Order denying Defendant's motion for summary judgment.  Civ. L.R. 7-9(b). Defendant has also failed to show the "emergence of new material facts or a change of law" that has occurred since the Court issued the Order, or that there was "manifest failure by the Court to consider material facts or dispositive legal arguments" presented to the Court before it issued the Order of which Defendant now seeks reconsideration.  *Id.*

    **IT IS SO ORDERED.**

Dated: April 23, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California