UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGESAILS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTH SAILS GROUP LLC,<br><br>　　　　　　Defendant. | Case No.  24-cv-07155-NW (SVK)<br><br>**ORDER RE DISCOVERY DISPUTES; SETTING IN-PERSON DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 121, 122, 123, 124 |

At the close of fact discovery, the Parties filed four discovery motions:  two motions to compel by Plaintiff;  two by Defendant.  Dkts. 121-24.  Each of the four motions demonstrates that neither side has been diligent or reasonable in either crafting or responding to discovery demands.  The very first rule of the Federal Rules of Civil Procedure (hereinafter, "Rules") dictates that the Rules, "should be construed, administered and **employed by . . . the parties** to secure the just, speedy and inexpensive determination of every action and proceeding."  Fed. R. Civ. P. 1 (emphasis added).  The Parties have done just the opposite.  Accordingly, the Court sets these matters for an **in-person hearing on May 12, 2026, at 8:30 a.m.  Counsel appearing must have full command of the following:**

- The status of their respective clients' document identification, collection and production efforts to date, including whether responsive documents in any specific request are in the custody and control of their clients.  (In other words, if a Party does not have any responsive documents, counsel must be aware and prepared to so affirm on the record.)
- The disputed issues in all four disputes, with full authority to negotiate and compromise as to *each* request.

Counsel will be prepared to remain at court the entire business day to meet and confer and resolve

United States District Court
Northern District of California

all outstanding issues, as directed by the Court.

To assist counsel in preparation for the hearing, and to encourage the Parties to meet and confer in the robust manner required by this Court's standing order (*see* Civil and Discovery Referral Matters Standing Order at https://cand.uscourts.gov/sites/default/files/standing-orders/SvK-Civil_and_DiscoveryReferralMatters_StandingOrder-2-2026.pdf) in advance of the hearing, the Court sets forth the following parameters for relevant and proportional discovery as mandated by Rule 26(b)(1):

1. **Accused Products**:  Discovery in this action is bounded by the contentions served in accordance with Patent Local Rule 3.  Accordingly, as reflected in Plaintiff's Fourth Amended Infringement Contentions, the accused products comprise 6 sails:  Starry Night, Sea Monster, Beecher's (2 sails), MaiTai and Foggy.

2. **Only digital methods are at issue**:  The only infringement claim in suit is Claim 1 of U.S. Patent no. 10,618,618 (the " '618 patent").  Elements of Claim 1 literally require digital imaging ("exporting panels as individual digital image files; printing the image of the individual digital image files to the wind-catching fabric using a large-format digital printer….").  The term "digital" is not a disputed term before the Court for claims construction.  *See, e.g.*, Dkt. 87 at 5.

3. **Claim Construction**:  Awaiting the Court's construction of disputed terms is not a viable reason to delay production.

4. **Means of production of documents**:  Responsive documents will be produced electronically.  The Parties' respective arguments to produce only where documents are physically located are specious.

5. **Case schedule**:  The case schedule has been in place for a year (Dkt. 60), fact discovery is now closed (Dkt. 106), and the Parties have not been diligent in conducting discovery.  Accordingly, the Parties can expect that certain disputes will be deemed untimely for lack of diligence.  To the extent the Court orders deadlines for completion of appropriate requests, the counsel and Parties must be prepared to meet very aggressive deadlines.  Documents, verified responses and a depositions, if ordered, will be due in a matter of days, not weeks.

2

United States District Court
Northern District of California

**SO ORDERED.**

Dated: May 6, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge